IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| EVA GUNNINGS, on behalf of herself and all other persons similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) INTERNET CASH ENTERPRISE OF ) ASHEVILLE, LLC, et al, ) ) Defendants. ) ) | Civil Action No. 5:06-CV-00098 |

ORDER GRANTING MOTION OF
W. KYLE CARPENTER, ESQ. TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court upon the Motion for Pro Hac Vice Admission of W. Kyle Carpenter, Esq. for permission to appear and participate *pro hac vice* in the above-captioned matter, and upon the Affidavit of W. Kyle Carpenter, it is ORDERED that said motion be and the same is GRANTED. Pursuant to LR 83.1 of the Rules of the District Court for the Western District of North Carolina, W. Kyle Carpenter shall be permitted to appear in this action and to try this case as a whole or in part for the Defendants as attorney for Defendants *pro hac vice*.

**SO ORDERED**.

Signed: November 8, 2006

_____
Carl Horn, III
United States Magistrate Judge