# IN THE UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| EVA GUNNINGS, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 5:06-CV-98<br>)<br>) |
| INTERNET CASH ENTERPRISE OF ASHEVILLE, LLC, et al., | )<br>)<br>) |
| Defendants. | ) |

## CONSENT ORDER PRESERVING RECORDS

This matter coming on to be heard on the motion of the Plaintiffs with regard to certain records in this matter, and this Court noting that the defendants consent to the motion and good cause is otherwise shown;

With the consent of the parties, it is accordingly hereby ordered as follows:

1. Defendants shall preserve all records, including but not limited to electronic records and computer files, relating to:

    a. Any aspect of the Internet Cash Enterprise business conducted in North Carolina;

    b. Transfers of funds between the defendant limited liability companies and between the defendant limited liability companies and the individual defendants;

    c. The identities of North Carolina customers of Internet Cash Enterprise and the timings and amounts of sums paid to and from such customers;

d.  The governance and management of the defendant limited liability companies; and

e.  Any other records or documents relating to the matters at issue in this case.

2. Plaintiffs shall preserve all records, including but not limited to electronic records and computer files, relating to:

   (a)   All documents related to any ICE entity;

   b)   All documents relating to any Internet service providers, including documents reflecting payments for Internet service and/or usage of the Internet;

   (c)   All documents relating to any e-mail accounts ever maintained or utilized;

   (d)    ll documents relating to any computers ever owned or used by the Plaintiffs.

3. This order shall not be binding on any person who is not currently a party in this case.

4. This order shall only have effect from the date hereof.

5. Nothing set out herein shall be deemed to imply that any person is or was at any time at liberty to destroy records if such destruction would constitute or would have constituted spoliation of evidence.

6. This order is without prejudice to any party objecting to the scope of discovery requests served on that party, and the preservation of any document or records does not in itself render such document discoverable.

US2000 10440725.1

**SO ORDERED**.

Signed: December 4, 2007

*Carl Horn, III*
_____
Carl Horn, III
United States Magistrate Judge



The undersigned Parties consent to the entry of the foregoing Order:

/s John Hughes
John Hughes
N.C. State Bar No. 22126
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC  28144
Phone: 704-633-5244
Fax:  704-633-9434

*Attorneys for Plaintiff Company*

/s Alan D. McInnes
Alan D. McInnes
N.C. State Bar No. 20938
3737 Glenwood Ave., Suite 400
Raleigh, NC  27612
amcinnes@kilpatrickstockton.com
Phone: (919) 420-1700
Fax:    (919) 420-1800

*Attorneys   for Limited Liability Defendants*

/s William Clarke
William Clarke
N.C. State Bar No. 10278
Roberts & Stevens, PA
P.O. Box 7647
Asheville, NC  28802
bclarke@roberts-stevens.com
Phone: (828) 252-6600
Fax:    (828) 210-6526

*Attorneys for Defendants Joe Dennis*

US2000 10440725.1

*Dennis Grubb, James Wesley Grubb and Grubb*